IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:25-409 |
|---|---|---|
| v. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| **TRAVIS KEITH LANG** | ) | |

The Clerk of Court is hereby directed to issue a warrant for the defendant, **TRAVIS KEITH LANG**, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

March 4, 2025

Columbia, South Carolina

I SO MOVE:

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

By: _____
J. Scott Matthews (#13779)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel: (803) 929-3000
Fax: (803) 254-2912
Jonathan.Matthews2@usdoj.gov