IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:25-CR-409-CMC |
|---|---|---|
| | ) | |
| v. | ) | NOTICE OF REQUEST FOR |
| | ) | PROTECTION FROM COURT |
| TRAVIS KEITH LANG, | ) | APPEARANCE |
| | ) | |
| Defendant. | ) | |

Undersigned counsel respectfully requests protection from court appearances for the following dates:

1. April 14-18, 2025: Out-of-district scheduled vacation.

2. June 16-20, 2025: Out-of-district scheduled vacation.

At this time, counsel has no scheduled court appearances during these periods.

Respectfully submitted,

s/ Jeremy A. Thompson
Jeremy A. Thompson (#10342)
Assistant Federal Public Defender
Office of the Federal Public Defender
1901 Assembly Street, Suite 200
Columbia, SC  29201
803-765-5077
Jeremy_Thompson@fd.org
ATTORNEY FOR THE DEFENDANT

This 7th day of April, 2025.