**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CR. NO. 3:25-409** |
| | ) | |
| v. | ) | **NOTICE FOR SCHEDULING** |
| | ) | **PROTECTION** |
| **TRAVIS KEITH LANG,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

The undersigned counsel anticipates a leave of absence pursuant to the Family and Medical Leave Act from March 18, 2026 through April 20, 2026. Therefore, Counsel respectfully requests protection from court appearances from March 18, 2026 through April 20, 2026.

Respectfully submitted,

s/NATHANIEL BRADY
Assistant Federal Public Defender
Federal Public Defender's Office
1901 Assembly Street, Suite 200
Columbia, South Carolina 29201
(803) 765-5073
Attorney ID No. 14402
nate_brady@fd.org

Columbia, South Carolina
February 6, 2026